FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 12 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
CHRISTINA WU COVAULT
Assistant U.S. Attorney
Arizona State Bar No. 025840
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: christina.covault@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Brandon Elmer Barber,<br><br>　　　　　　　Defendant. | No.  CR-21-08111-PCT-JJT (ESW)<br><br>**REDACTED INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 1153, 2244(a)(3), and 2246(3)<br>(CIR-Abusive Sexual Contact)<br>Counts 1 and 2<br><br>18 U.S.C. §§ 1153, 2243(a), and 2246(2)(C)<br>(CIR-Sexual Abuse of a Minor)<br>Count 3<br><br>18 U.S.C. §§ 1153, 2243(a), and 2246(2)(D)<br>(CIR-Sexual Abuse of a Minor)<br>Count 4 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Between on or about July 3, 2020, and July 4, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendant BRANDON ELMER BARBER, an Indian, did knowingly engage in sexual contact with the victim, Jane Doe, a child who had attained the age of 12 years but had not attained the age of 16 years, and who was at least four years younger than Defendant. The sexual contact involved the intentional touching, directly and through the clothing, of the victim's inner thigh with Defendant's hand, with an intent to abuse, humiliate, harass, and degrade

the victim, and arouse and gratify Defendant's sexual desire, and is specifically alleged to have occurred in the cabin.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(3), and 2246(3).

## COUNT 2

Between on or about July 3, 2020, and July 4, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendant BRANDON ELMER BARBER, an Indian, did knowingly engage in sexual contact with the victim, Jane Doe, a child who had attained the age of 12 years but had not attained the age of 16 years, and who was at least four years younger than Defendant. The sexual contact involved the intentional touching, directly and through the clothing, of the victim's breast with Defendant's hand, with an intent to abuse, humiliate, harass, and degrade the victim, and arouse and gratify Defendant's sexual desire, and is specifically alleged to have occurred in the cabin.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(3), and 2246(3).

## COUNT 3

Between on or about July 3, 2020, and July 4, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendant BRANDON ELMER BARBER, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child who had attained the age of 12 years but had not attained the age of 16 years, and who was at least four years younger than Defendant. The sexual act involved penetration, however slight, of the victim's genital opening by Defendant's finger, with an intent to abuse, humiliate, harass, and degrade the victim, and arouse and gratify Defendant's sexual desire, and is specifically alleged to have occurred in the cabin.

In violation of Title 18, United States Code, Sections 1153, 2243(a), and 2246(2)(C).

## COUNT 4

Between on or about July 3, 2020, and July 4, 2020, in the District of Arizona, within

the confines of the Navajo Nation Indian Reservation, Indian Country, BRANDON ELMER BARBER, an Indian, did knowingly engage in a sexual act with the victim, Jane Doe, a child who had attained the age of 12 years but had not attained the age of 16 years, and who was at least four years younger than Defendant. The sexual act involved the intentional touching, not through the clothing, of the victim's genitalia with Defendant's hand, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify Defendant's sexual desire, and is specifically alleged to have occurred in the cabin.

In violation of Title 18, United States Code, Sections 1153, 2243(a), and 2246(2)(D).

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: October 12, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

_s/_
CHRISTINA WU COVAULT
Assistant U.S. Attorney